NUMBER 13-03-555-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________


ROGELIO RODRIGUEZ, Appellant,


v.



MARTIN RESENDEZ, ET AL., Appellees.

_________________________________________________________


On appeal from the 139th District Court 


of Hidalgo County, Texas


_________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam



 Appellant, ROGELIO RODRIGUEZ, attempted to perfect an appeal from a
judgment entered by the 139th District Court of Hidalgo County, Texas, in cause
number C-651-03-C. Judgment in this cause was signed on May 20, 2003. A timely
motion for new trial was filed on June 16, 2003. Pursuant to Tex. R. App. P. 26.1,
appellant's notice of appeal was due on August 18, 2003, but was not filed until
September 18, 2003. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant. Appellees have
filed a motion to dismiss the appeal.

 The Court, having examined and fully considered the documents on file,
appellant's failure to timely perfect his appeal, and appellant's failure to respond to this
Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. Appellee's motion to dismiss the appeal is dismissed. The appeal is
hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM



Opinion delivered and filed this

the 6th day of November, 2003.